*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

VELMA JEFFERSON

vs.                              NO. 3:08CV00024 SWW

SECURITAS SECURITY SERVICES USA, INC.

ORDER

It has come to the Court's attention that plaintiff named Securitas USA as defendant in the complaint filed in this matter. The answer filed by defendant indicates that "Securitas Security Services USA, Inc.," is the proper name for defendant.

Pursuant to such answer, the Clerk is directed to change the name of the file and subsequent documents to reflect defendant as Securitas Security Services USA, Inc., in this matter.

IT IS SO ORDERED this 19th day of March, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE