IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VELMA JEFFERSON                                                            PLAINTIFF

VS.                              3:08CV00024 SWW/JTR

SECURITAS SECURITY SERVICES USA IN.                       DEFENDANT

## **ORDER**

The Court has determined that this case warrants the appointment of counsel (docket entries #20 and #23). Pursuant to Local Rule 83.7, Ms. Lynn Lile Wright, with Jack, Nelson, Jones, Fink, Jiles & Gregory, P.A.-LR, 425 West Capitol Avenue, Suite 3400, Little Rock, AR 72201-3483, (501) 375-1122 is hereby appointed by random computer selection to represent the plaintiff, Ms. Velma Jefferson.

The clerk is directed to send Ms. Wright a copy of this order, Local Rule 83.7 and *In the Matter of the Rescission of General order 35* (March 15, 2007). If Ms. Wright is unable to obtain the remainder of the file from CM/ECF, she should contact Kathy McBryde, Courtroom Deputy Clerk to Magistrate Judge J. Thomas Ray at 501-604-5234 and a copy of the file, or any portion thereof, will be provided to her free of charge.

IT IS SO ORDERED, this 22nd day of April, 2008.

                                                                   _____
                                                                   UNITED STATES MAGISTRATE JUDGE