IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


VELMA JEFFERSON,                              *
                                              *
                    Plaintiff,                *
                                              *
vs.                                           *       No. 3:08CV00024 SWW
                                              *
SECURITAS SECURITY SERVICES                   *
USA, INC.,                                    *
                                              *
                    Defendant.                *


**Order**

Before the Court is defendant's motion to compel to which plaintiff failed to respond.

The Court finds the motion [docket entry 35] should be and is hereby granted.  Plaintiff is

directed to respond to the discovery requests submitted to plaintiff on June 19, 2008.  Plaintiff's

responses are due within fifteen (15) days from the date of entry of this Order.  Failure to comply

with this Order may result in dismissal of plaintiff's complaint pursuant to Fed.R.Civ.P.

37(b)(2)(A)(v).

SO ORDERED this 9th day of September 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE