IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| VELMA JEFFERSON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 3:08CV00024 SWW |
| | * |
| SECURITAS SECURITY SERVICES | * |
| USA, INC., | * |
| | * |
| Defendant. | * |

**Order**

Before the Court are defendant's motion to dismiss for discovery sanctions and motion for summary judgment to which plaintiff failed to respond. Plaintiff is proceedings *pro se*. In the last pleading she filed with the Court, plaintiff said she was attempting to hire an attorney. *See* docket entry 38. Plaintiff is directed to respond to defendant's motions within ten (10) days from the date of receipt of this Order. Failure to do so may result in dismissal of plaintiff's complaint. The Clerk is directed to send plaintiff a copy of this Order by both regular and certified mail return receipt requested.

SO ORDERED this 3rd day of December 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE