# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

VELMA JEFFERSON

vs.                              No.  3:08CV00024 SWW

SECURITAS SECURITY SERVICE USA, INC.

**ORDER**

Before the Court is defendant's motion to stay the proceedings in this matter pending a ruling on defendant's motion for summary judgment [doc #41] in this case.  For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to stay proceedings in this matter [doc #45] is hereby granted, and the trial date of January 12, 2009 and all pending deadlines are hereby stayed.  A separate order rescheduling a trial date and deadlines will be entered, if necessary, in the case before this Court.

IT IS SO ORDERED this 18th day of December 2008.

/s/Susan Webber Wright
United States District Judge