IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| VELMA JEFFERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:08CV00024 SWW |
| | * | |
| SECURITAS SECURITY SERVICES USA, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

## Order

Upon verbal motion, defendant has until and including January 7, 2009, in which to file a reply to plaintiff's response to defendant's motion to dismiss and motion for summary judgment.

SO ORDERED this 29th day of December 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE