IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| VELMA JEFFERSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:08CV00024 SWW |
| | * | |
| SECURITAS SECURITY SERVICES USA, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 16th day of January 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE